FILED
2014 Jul-21 AM 09:02
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| ANDREW G. RICHARDSON, )<br>)<br>Plaintiff )<br>)<br>vs. )<br>)<br>ALAGASCO, INC., )<br>)<br>Defendant ) | Case No.  7:13-cv-01950-SLB |

## PARTIAL DISMISSAL ORDER

On December 10, 2013, the magistrate judge's report and recommendation was entered and the parties were allowed therein fourteen (14) days in which to file objections to the recommendations made by the magistrate judge. No objections have been filed by either the plaintiff or the defendant.

After careful consideration of the record in this case and the magistrate judge's report and recommendation, the court hereby **ADOPTS** the report of the magistrate judge. The court further **ACCEPTS** the recommendations of the magistrate judge, and it is, therefore,

**ORDERED**, **ADJUDGED** and **DECREED** that defendant's Motion to Dismiss is due to be and hereby is **GRANTED** as to (1) plaintiff's claim of retaliation pursuant to Title VII, (2) plaintiff's claim of retaliation pursuant to 42 U.S.C. § 1981

based on defendant changing his routes, causing him to read meters with a flashlight and causing cameras to watch him, (3) plaintiff's claims of race discrimination pursuant to Title VII and 42 U.S.C. § 1981, and (4) plaintiff's claims of hostile work environment or racially hostile work environment pursuant to Title VII and 42 U.S.C. § 1981, and such claims hereby are **DISMISSED WITH PREJUDICE**. It is further **ORDERED**, **ADJUDGED** and **DECREED** that defendant's Motion to Dismiss hereby is **DENIED** as to plaintiff's claim of retaliation pursuant to 42 U.S.C. § 1981 based on denial of overtime.

   **DONE** this 20th day of July, 2014.

_Sharon Lovelace Blackburn_
SHARON LOVELACE BLACKBURN
UNITED STATES DISTRICT JUDGE