FILED
2015 Jun-30 PM 02:45
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# WESTERN DIVISION

| | |
|---|---|
| ANDREW G. RICHARDSON, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| vs. ) | Case No. 7:13-cv-01950-LSC |
| ) | |
| ALAGASCO, INC., ) | |
| ) | |
| Defendant ) | |

## MEMORANDUM OPINION

On June 3, 2015, the magistrate judge's report and recommendation was entered and the parties were allowed therein fourteen (14) days in which to file objections to the recommendations made by the magistrate judge. No objections to the magistrate judge's report and recommendation have been filed by plaintiff or defendant.

After careful consideration of the record in this case and the magistrate judge's report and recommendation, the court hereby ADOPTS the report of the magistrate judge. The court further ACCEPTS the recommendations of the magistrate judge that the Motion to Dismiss for Lack of Prosecution filed by defendant be granted and this action dismissed with prejudice.

A separate order in conformity with this Memorandum Opinion will be entered contemporaneously herewith.

Done this 30th day of June 2015.

L. Scott Coogler
United States District Judge

[160704]